JEFFREY D. POLSKY (State Bar No. 120975)
ELLEN L. UY (State Bar No. 215511)
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938
Email: Polsky@kmm.com
       Uy@kmm.com

Attorneys for Defendant
Inter-Con Security Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PATERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF GENERAL SERVICES, RAYMOND ASBELL and INTER-CON SECURITY SYSTEMS, INC.,<br><br>　　　　　Defendants. | CASE NO. CIV S 05 0827 MCE JFM<br><br>**SUBSTITUTION OF ATTORNEY;**<br><br>**ORDER** |

Pursuant to Local Rule 83-182(g), defendant Inter-Con Security Systems, Inc. substitutes Kauff McClain & McGuire LLP (One Post Street, Suite 2600, San Francisco, CA 94104, tel: (415) 421-3111) as its attorneys of record in this matter in place of Gutierrez, Preciado & Hours, LLP (251 South Lake Avenue, Suite 520, Pasadena, California 91101, tel: (626) 449-2300). The individual attorney at Kauff McClain & McGuire LLP will be Jeffrey D. Polsky, Esq., whose address is as stated above.

DATED: May __, 2006                    INTER-CON SECURITY SYSTEMS, INC.


　　　　　　　　　　　　　　　　　　　　By: /s/ _____
　　　　　　　　　　　　　　　　　　　　JENNIFER DAVIES
　　　　　　　　　　　　　　　　　　　　Vice President & General Counsel

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

SUBSTITUTION OF ATTORNEY                         CASE NO. CIV S 05 0827 MCE JFM

1  We consent to this substitution:

2  DATED: May __, 2006                    GUTIERREZ, PRECIADO & HOUSE, LLP

3

4                                         By: /s/
                                               CALVIN R. HOUSE
5

6

7  We accept this substitution

8

9  DATED: May __, 2006                    KAUFF, McCLAIN & McGUIRE LLP

10

11                                        By: /s/
                                               JEFFREY D. POLSKY
12 **IT IS SO ORDERED:**

13 DATED: June 1, 2006

14

15                                        _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111