1  **LAWRENCE J. KING (CSB #120805)**
   **6 "C" STREET**
2  **PETALUMA, CA 94952**
   **PHONE: (707) 769-9791**
3  **FAX:     (707) 769-9253**

4  **ATTORNEY FOR PLAINTIFF**
   **SHARON PATTERSON**

5

6

7

8                    **THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

   **SHARON PATTERSON,**            ) **No. 2:05-CV-0827-MCE-JFM**
11                                   )
              **Plaintiff,**          )
12                                   )
   **v.**                            ) **JOINT STIPULATION REQUESTING**
13                                   ) **AN EXTENSION OF CERTAIN**
   **CALIFORNIA DEPARTMENT OF**      ) **PRETRIAL DEADLINES AND**
14 **GENERAL SERVICES, RAY ASBEL**   ) **ORDER**
   **and INTER-CON SECURITY,**       )
15                                   )
              **Defendants.**         )
16 _____  )

17 **I.     INTRODUCTION**

18        That parties hereto, by and through their respective counsel, hereby stipulate to request

19 an extension of the following pretrial deadlines:

20        A.    Discovery,                    from 9\30\06,        to 10\31\06;

21        B.    Dispositive Motion Hearing,  from 10\13\06,       to 12\18\06;

22        C.    Expert Designation,           from 10\16\06,       to 11\30\06.

23        The parties have further stipulated to request that the Court permit hearing of any issues

24 related to a mental exam and production of related records to be permitted to be set for hearing

25 no later than November 17, 2006.

26 ///

27 ///

28 ///

                                          1

## II.    BASIS FOR THE REQUEST

This is the second request by the parties to extend pretrial deadlines.  The reason for this second request is that when the parties made the first request it was the intention of the parties to conduct the discovery necessary to prepare this case for trial during June, July, August and September.  Unfortunately, Plaintiff's counsel was unavailable during a substantial portion of that time due to family emergencies.  Plaintiff's counsel's uncle, Father John Schuett, S.J., died in June and counsel had to travel to Michigan for the funeral and to assist in ordering his uncle's affairs.  In July, counsel and his family learned that his wife's brother was dying of cancer. Months before the two families had planned to meet in Northern Michigan to spend time together.   Shortly before the trip was to occur, counsel's brother-in-law's condition had deteriorated to the point he could not drive his family to the summer home in Michigan, so counsel flew to Chicago, picked up his brother-in-law and his family and drove them to Northern Michigan.  He subsequently drove his brother-in-law and his family back to Chicago.  Two weeks later, counsel and his family had to return to Chicago for his brother-in-law's funeral. After their return to California, counsel himself had to undergo surgery.

As a result of counsel's family emergencies, during a substantial portion of the time the parties intended to complete discovery, no discovery could be done.  Once Plaintiff's counsel returned to town and recovered from his surgery, all counsel cooperated in an attempt to schedule the depositions necessary to prepare this case for trial.  Unfortunately, the necessary depositions could not be scheduled prior to the current discovery deadline due to conflicts between the four attorney's schedule and the schedule of the deponents.  To insure that the necessary depositions will be taken before the close of the proposed extension of the discovery deadline, counsel have conferred and set aside ten days in September and October for said depositions.  Counsel have already begun scheduling for October the various depositions that need to be taken to complete trial preparation.

The parties request that the dispositive motion hearing deadline be extended to enable them to complete discovery prior to having to file a motion for summary judgement.

///

1    Likewise, the parties have requested an extension of the deadline to designate experts so

2    that Plaintiff's deposition may be completed before the parties have to decide which experts, if

3    any, to designate.

4    Moreover, various other unanticipated circumstances have resulted in a need for all

5    parties, in order to preserve expenses and the time of the court in potentially unnecessary motion

6    hearings, to agree that certain potential discovery issues relating to depositions of medical

7    providers and a possible mental exam of plaintiff, be temporarily delayed to allow the parties to

8    attempt to resolve the issues cooperatively amongst themselves.  As a result, the parties have

9    agreed that should these issues not be resolved cooperatively, any disputes regarding an

10   entitlement to or the scope of any mental examination, including, but not limited to, the

11   production of relevant records from various medical providers, may be noticed for hearing no

12   later than  November 17, 2006 in order to permit resolution of them prior to the deadline for

13   designating experts.  Depositions of treating medical providers may be taken in the same manner

14   as depositions of experts.

15   The parties hereby represent to the Court that this request is not made to delay the

16   resolution of this case.  Opposing counsel have cooperated in the attempt to complete discovery

17   in an expeditious manner.  Moreover, if these extensions are granted, the parties represent that

18   no further extensions should be necessary and that the parties will be prepared to go to trial on

19   the original date set by this Court for trial, i.e. March 7, 2006.

20   **III.    CONCLUSION**

21   For the reasons set forth above, the parties respectfully request an extension of the

22   following pretrial deadlines:

23   A.    Discovery,                          from 9\30\06,         to 10\31\06;

24   B.    Dispositive Motion Hearing,  from 10\13\06,        to 12\18\06;

25   C.    Expert Designation,          from 10\16\06,        to 11\30\06.

26   The parties further request that the Court permit hearing of any issues related to a mental

27   exam and production of related records be permitted to be set for hearing no later than November

28   17, 2006.

3

1      **Dated:  September 19, 2006 LAW OFFICES OF LAWRENCE J. KING**

2
                                              **By:** _____**s/Lawrence J. King**_____
3                                                    **Lawrence J. King**
                                                     **ATTORNEY FOR PLAINTIFF**
4

5      **Dated:  September 19, 2006 BILL LOCKYER**
                                              **Attorney General of the State of California**
6

7                                             **By:** _____**s/William T. Darden**_____
                                                     **William T. Darden**
8                                                    **Deputy Attorney General**
                                                     **A T T O R N E Y s    F O R    D E F E N D A N T**
9                                                    **DEPARTMENT OF GENERAL SERVICES**

10
       **Dated:  September 19, 2006 KAUFF McCLAIM & McGUIRE LLP**
11
                                              **By:** _____**s/Jeffrey D. Polsky**_____
12                                                   **Jeffrey D. Polsky**
                                                     **ATTORNEY  FOR  DEFENDANT   INTER-**
13                                                   **CON SECURITY SYSTEMS, INC.**

14
       **Dated:  September 19, 2006 CLANCEY, DOYLE & O'DONNELL**
15

16                                            **By:** _____**s/Daniel G. O'Donnell**_____
                                                     **Daniel G. O'Donnell**
17                                                   **ATTORNEY FOR DEFENDANT RAYMOND**
                                                     **ASBELL**
18

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///

26     ///

27     ///

28     ///

4

1

**ORDER**

2    Having consider the parties's request and finding good cause therefor, the following pretrial

3    deadlines shall be extended as follows:

4         Discovery,                    from 9\30\06,          to 10\31\06;

5         Expert Designation,           from 10\16\06,         to 11\30\06;

6         Dispositive Motion Hearing,  from 11\13\06,         to 12\18\06 at 09:00 a.m.

7         Any issues related to a mental exam of plaintiff and production of related records will be

8    set for hearing no later than November 17, 2006.

9         **IT IS SO ORDERED.**

10   Dated:  September 27, 2006

11

12

13   _____
     MORRISON C. ENGLAND, JR
14   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28