1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | JACOB A. APPELSMITH
Senior Assistant Attorney General
3 | ALICIA FOWLER
Supervising Deputy Attorney General
4 | WILLIAM T. DARDEN, State Bar No. 155079
Deputy Attorney General
5 | 1300 I Street, Suite 125
  P.O. Box 944255
6 | Sacramento, CA 94244-2550
  Telephone: (916) 323-3830
7 | Fax: (916) 324-5567

8 | Attorneys for Defendant DEPARTMENT OF
GENERAL SERVICES
9 |

10 | LAWRENCE J. KING, State Bar #120805
6 "C" Street
11 | Petaluma, CA 949
(707) 769-9791
12 | (707) 769-9253

13 | Attorney for Plaintiff Sharon Paterson

14 |

15 |               IN THE UNITED STATES DISTRICT COURT

16 |               FOR THE EASTERN DISTRICT OF CALIFORNIA

17 |

18 | **SHARON PATERSON,**                           CASE NO. 2:05-CV-0827-MCE-JFM

19 |                              Plaintiff,        **RULE 41 STIPULATION OF
                                                   DISMISSAL OF PLAINTIFF'S
20 | v.                                            CLAIMS AGAINST DEPARTMENT
                                                   OF GENERAL SERVICES**
21 |
**CALIFORNIA DEPARTMENT OF GENERAL**                Trial Date: March 14, 2007
22 | **SERVICES, RAYMOND ASBELL and**               Courtroom: 3
**INTER-CON SECURITY SYSTEMS, INC.,**
23 |                                                         Honorable .
                              Defendants.                 Morrison England
24 |

25 |

26 |

27 |

28 |

Rule 41 Dismissal of Plaintiff's Claims Against DGS

1

**TO THE COURT AND ALL PARTIES OF RECORD AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sharon Paterson and Defendant the Department of General Services ("DGS" or the "Department") (the "Parties") hereby stipulate and agree that DGS may be dismissed as a Defendant in this case under the following conditions:

1. Each side is to bear its own fees and costs;

2. Upon delivery of the settlement proceeds to Plaintiff in accordance with the Settlement Agreement between Plaintiff and DGS, and the filing by counsel for the Department of General Services with this Court of a "Notice of Payment of Settlement Proceeds," the dismissal of DGS shall be **WITH PREJUDICE**;

3. Until the settlement proceeds are delivered to Plaintiff, the action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to reinstate the action in the event DGS notifies her that the settlement cannot be consummated by payment to Plaintiff;

4. Until the Department is deemed dismissed with prejudice in accordance with the terms of this stipulation, the Parties agree that the Court may retain jurisdiction over this matter with respect to the Parties.

**IT IS SO STIPULATED:**

Dated: 2/13/07

        /s/ William T. Darden
        WILLIAM T. DARDEN
        Deputy Attorney General
        Attorneys for Defendant DGS

        FOR

        EDMUND G. BROWN JR.
        Attorney General of the State of California

///

///

///

///

1 | Dated: 2/8/07                             /s/ Lawrence King
                                              LAWRENCE KING
2                                             Attorney for Plaintiff

3

4 | **IT IS SO ORDERED**:

5 | Dated: February 15, 2007

6

7                                             _____
                                              MORRISON C. ENGLAND, JR.
8                                             UNITED STATES DISTRICT JUDGE