1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | JACOB A. APPELSMITH
Senior Assistant Attorney General
3 | ALICIA FOWLER
Supervising Deputy Attorney General
4 | WILLIAM T. DARDEN, State Bar No. 155079
Deputy Attorney General
5 | 1300 I Street, Suite 125
P.O. Box 944255
6 | Sacramento, CA 94244-2550
Telephone:  (916) 323-3830
7 | Fax:  (916) 324-5567

8 | Attorneys for Defendant DEPARTMENT OF GENERAL SERVICES

10 | LAWRENCE J. KING,  State Bar #120805
6 "C" Street
11 | Petaluma, CA 949
(707) 769-9791
12 | (707) 769-9253

13 | Attorney for Plaintiff Sharon Paterson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON PATERSON,**<br><br>                              Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF GENERAL SERVICES, RAYMOND ASBELL and INTER-CON SECURITY SYSTEMS, INC.,**<br><br>                              Defendants. | CASE NO. 2:05-cv-0827-MCE-JFM<br><br>**NOTICE OF PAYMENT OF SETTLEMENT PROCEEDS AND ORDER DISMISSING CLAIMS AGAINST DGS WITH PREJUDICE [RULE 41]**<br><br>Trial Date: October 17, 2007<br>Courtroom: 3 |

**TO THE COURT AND ALL PARTIES OF RECORD AND THEIR COUNSEL OF RECORD**:

1

1   PLEASE TAKE NOTICE THAT Pursuant to Order of this Court, dated February 15,
2  2007 (Rule 41 Stipulation of Dismissal), which dismissed Sharon Paterson's claims against the
3  Department of General Services without prejudice pending payment of the settlement proceeds to
4  Paterson, and which required notice to this Court when the settlement proceeds were paid so that
5  the dismissal would be converted to a dismissal with prejudice, Defendant Department of
6  General Services and Plaintiff Sharon Paterson hereby declare that payment of the settlement
7  funds occurred on March 19, 2007.   Accordingly, the parties stipulate and agree that Paterson's
8  claims against the Department of General Services are hereby dismissed **with prejudice**.

   **IT IS SO STIPULATED.**

Dated: March 19, 2007

    /s/ William T. Darden
WILLIAM T. DARDEN
Deputy Attorney General
Attorneys for Defendant DGS

FOR

EDMUND G. BROWN JR.
Attorney General of the State of California

Dated:  March 19, 2007      /s/ Lawrence King
LAWRENCE KING
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  March 21, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE