1  Lawrence J. King, State Bar #120805
   Law Offices of Lawrence J. King
2  6 "C" Street
   Petaluma, CA 949
3  (707) 769-9791
   (707) 769-9253
4
   Attorney for Plaintiff Sharon Paterson
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PATERSON,<br><br>                        Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF GENERAL SERVICES, RAYMOND ASBELL and INTER-CON SECURITY SYSTEMS, INC.,<br><br>                        Defendants. | CASE NO. 2:05-CV-00827-MCE-JFM<br><br>**RULE 41 STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT RAYMOND ASBELL**<br><br>Trial Date: October 17, 2007<br>Courtroom: 3<br><br>The Honorable Morrison C. England , Jr. |

**TO THE COURT AND ALL PARTIES OF RECORD AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sharon Paterson and Defendant Raymond Asbell (the "Parties") hereby stipulate and agree that all claims asserted against Defendant Raymond Asbell may be dismissed **WITH PREJUDICE**. The Parties to this stipulation reached a settlement agreement, have executed a written settlement agreement and release of all claims and Defendant Raymond Asbell has tender the consideration for the settlement and release.

///

///

///

///

Rule 41 Dismissal of Plaintiff's Claims Against Defendant Raymond Asbell

1

**IT IS SO STIPULATED:**

Dated: April 24, 2007       /s/ Daniel G. O'Donnell, Esq.
                            Clancey, Doyle & O'Donnell
                            Attorney for Defendant Raymond Asbell


Dated: April 24, 2007       /s/ Lawrence J. King
                            Law Offices of Lawrence J. King
                            Attorney for Plaintiff


**IT IS SO ORDERED**:


Dated: May 29, 2007

                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE

Rule 41 Dismissal of Plaintiff's Claims Against Defendant Raymond Asbell

2