JEFFREY D. POLSKY (State Bar No. 120975)
Email: polsky@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:  (415) 421-0938

Attorneys for Defendant
INTER-CON SECURITY SYSTEMS, INC.

LAWRENCE J. KING (State Bar No. 120805)
6 "C" Street
Petaluma, CA 94952
Telephone:  (707) 769-9791
Facsimile:  (707) 769-9253

Attorney for Plaintiff
SHARON PATERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PATERSON,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF GENERAL SERVICES, RAYMOND ASBELL AND INTER-CON SECURITY SYSTEMS, INC.,<br><br>            Defendants. | CASE NO. 2:05-cv-00827-MCE-JFM<br><br>**JOINT STIPULATION REQUESTING A TRIAL CONTINUANCE; ORDER**<br><br>**TRIAL DATE:**  October 15, 2007 |

Now come the parties, by and through their respective counsel, and jointly request a continuance of the current trial setting and all related pretrial deadlines.  In support thereof, the parties would show the Court the following:

///

---

JOINT PRETRIAL CONFERENCE STATEMENT;
[PROPOSED] ORDER

CASE NO. CV 00827-MCE-JFM

1.     The trial is currently set for October 15, 2007, with pretrial deadlines for various submissions on September 21, 2007, September 28, 2007, October 5, 2007, and a hearing concerning motions *in limine* set for October 12, 2007.

2.     Plaintiff's counsel, Lawrence J. King, received word today that his 63 year old, single, sister-in-law, Patricia Shannon, with whom his wife, two daughters and he are very close, died in her sleep last night.  Mr. King is the Executor of Ms. Shannon's estate and will be leaving for Los Angeles to make arrangements for Ms. Shannon's funeral and to attend to her estate.  Mr. King anticipates that for the next several days and few weeks, he will be preoccupied with Ms. Shannon's death, her affairs, and his family's grief and, therefore, will not be able to meet the pretrial deadlines in this case, nor properly complete the final preparations for the trial.

3.     Counsel for the parties have met and conferred and agreed to jointly request a continuance of the trial.

4.     Mr. King and his family would appreciate whatever consideration the Court might grant under the circumstances.

DATED:  September 20, 2007       Respectfully submitted,

KAUFF McCLAIN & McGUIRE LLP

By:     /s/ Rossana S. Eltanal
         ROSSANA S. ELTANAL

Attorneys for Defendant
INTER-CON SECURITY SYSTEMS, INC.

DATED:  September 20, 2007       LAW OFFICES OF LAWRENCE J. KING

By:     /s/ Lawrence J. King
         LAWRENCE J. KING

Attorney for Plaintiff
SHARON PATERSON

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

-2-

JOINT PRETRIAL CONFERENCE STATEMENT;      CASE NO. CV 00827-MCE-JFM
[PROPOSED] ORDER

## ORDER

Having reviewed the parties' joint request for a trial continuance and finding good cause therefore, the Court hereby GRANTS the requested continuance, vacates the current October 15, 2007 trial date and all related pretrial deadlines. A new pretrial order shall be issued.

IT IS SO ORDERED.

Dated: September 20, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

JOINT PRETRIAL CONFERENCE STATEMENT; [PROPOSED] ORDER        CASE NO. CV 00827-MCE-JFM