**FILED**

APR 10 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PATERSON, | No. 2:05-cv-00827-MCE |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| CALIFORNIA DEPARTMENT OF GENERAL SERVICES and INTER-CON SECURITY SYSTEMS, INC., | |
| Defendants. | |

We, the jury in the above-entitled action, unanimously find by a preponderance of the evidence, that punitive damages are awarded against defendant Inter-Con Security Systems, Inc. and in favor of plaintiff Sharon Paterson in the amount of $ 4,137,500.00 .

DATED: 4-10-08                        _____
                                                    Renate Trutz
                                             JURY FOREPERSON

1