MATTHEW J. RUGGLES, Bar No. 173052
ADRIANNE B. SAMMS, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
INTER-CON SECURITY SYSTEMS, INC.

LAWRENCE J. KING, Bar No. 120805
6 "C" Street
Petaluma, CA 94952
Telephone: 707.769.9791
Facsimile: 707.769.9253

Attorney for Plaintiff
SHARON PATERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHARON PATERSON, | Case No. 2:05-cv-00827-MCE-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL** |
| v. | |
| CALIFORNIA DEPARTMENT OF GENERAL SERVICES, RAYMOND ASBELL AND INTER-CON SECURITY SYSTEMS, INC., | Date: June 13, 2008<br>Time: 9:00 a.m.<br>Ctrm: 7 |
| Defendants. | Judge: Hon. Morrison C. England, Jr. |
| | Trial Date: March 3, 2008 |

(NO. 2:05-CV-00827-MCE-JFM)
FIRMWIDE:85060203.1 023767.1053

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties hereto, by and through their attorneys of record, hereby stipulate and
2  agree that the time for Plaintiff to respond to Defendant's motion for a new trial be extended by
3  twenty days, to wit, to May 28, 2007. In exchange for Defendant's agreement to this extension,
4  Plaintiff's counsel has agreed to a similar extension for Defendant's reply, should such an extension
5  be requested. Plaintiff's counsel further agrees not to oppose Defendant's request for a continuance
6  of the hearing, should such a continuance become necessary. If so, a separate stipulation extending
7  the deadline for Defendant's reply and/or continuing the date of hearing shall be filed.

IT IS SO STIPULATED.

Dated: April 29, 2008

/s/ Matthew J. Ruggles
MATTHEW J. RUGGLES
ADRIANNE B. SAMMS
BARBARA A. BLACKBURN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
INTER-CON SECURITY SYSTEMS, INC.

Dated: April 29, 2008

/s/ Lawrence K. King
LAWRENCE K. KING
Attorney for Plaintiff
SHARON PATERSON

IT IS SO ORDERED:

DATED: May 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

(NO. 2:05-CV-00827-MCE-JFM)       2.
FIRMWIDE:85060203.1 023767.1053

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL

PDF created with pdfFactory trial version www.pdffactory.com