LAWRENCE J. KING, Bar No. 120805
6 "C" Street
Petaluma, CA 94952
Telephone:    707.769.9791

Attorney for Plaintiff
SHARON PATERSON

MATTHEW J. RUGGLES, Bar No. 173052
ADRIANNE B. SAMMS, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200

Attorneys for Defendant
INTER-CON SECURITY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PATERSON,<br><br>Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF GENERAL SERVICES, RAYMOND ASBELL AND INTER-CON SECURITY SYSTEMS, INC.,<br><br>Defendants. | Case No.  2:05-CV-00827-MCE-JFM<br><br>STIPULATION AND PROPOSED ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE HER APPLICATION FOR ATTORNEY'S FEES AND COSTS. |

The parties hereto, by and through their attorney's of record, hereby stipulate and agree that the time for Plaintiff to file her application for attorney's fees and costs shall be extended as follows: Plaintiff's application shall be filed within thirty (30) days after the entry of the Court's order concerning Defendant's Motion for a new trial.  In support of their stipulation, the parties

would show this Court the following: this stipulation will avoid unnecessary expenditure of the Court's time and resources and minimize duplication on the part of the parties by waiting to address the issue of Plaintiff's entitlement to fees and costs as a prevailing party until after this Court has had the opportunity to decide Defendant's motion for a new trial, rather than having the parties litigate this issue while that motion is pending.

IT IS SO STIPULATED.

Dated: May 16, 2008                           /s/ Lawrence K. King
                                              Attorney for Plaintiff
                                              SHARON PATERSON

Dated: May 16, 2008                           /s/ Matthew J. Ruggles
                                              MATTHEW J. RUGGLES
                                              ADRIANNE B. SAMMS
                                              BARBARA A. BLACKBURN
                                              LITTLER MENDELSON
                                              A Professional Corporation
                                              Attorneys for Defendant
                                              INTER-CON SECURITY SYSTEMS, INC.

ORDER

Having reviewed the parties' stipulation and finding good cause therefore, the Court hereby orders that the time within which Plaintiff may file her application for attorney's fees and costs shall be extended as follows: Plaintiff shall file her application, if any, within thirty days after this Court rules on Defendant's motion for a new trial.

IT IS SO ORDERED.

Dated: May 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND PROPOSED ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE HER APPLICATION FOR ATTORNEY'S FEES AND COSTS.**