# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHARON PATERSON,**

v.

CASE NO: **2:05−CV−00827−MCE−JFM**

**INTER−CON SECURITY SYSTEMS, INC., ET AL.,**

---

**XX** −− **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 9/10/08 and 4/10/08**

**Victoria C. Minor**
Clerk of Court

ENTERED: **September 10, 2008**

by: /s/ H. Kaminski
Deputy Clerk