LAWRENCE J. KING, Bar No. 120805
6 "C" Street
Petaluma, CA 94952
Telephone: 707.769.9791

Attorney for Plaintiff
SHARON PATERSON

MATTHEW J. RUGGLES, Bar No. 173052
ADRIANNE B. SAMMS, Bar No. 238786
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:  916.830.7200

Attorneys for Defendant
INTER-CON SECURITY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PATERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF GENERAL SERVICES, RAYMOND ASBELL AND INTER-CON SECURITY SYSTEMS, INC.,<br><br>　　　　　Defendants. | Case No. 2:05-CV-00827-MCE-JFM<br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE HER APPLICATION FOR ATTORNEY'S FEES AND COSTS AND FOR DEFENDANT TO POST BOND. |

　　　　The parties hereto, by and through their attorney's of record, hereby stipulate and agree, subject to this Court's approval, as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1. that the time for Plaintiff to file her application for attorney's fees and costs shall be extended until December 15, 2008;

2. That the time for Defendant to post bond or other security as a condition of its appeal shall be extended for forty-five days from the date Defendant files its Notice of Appeal.

In support of their stipulation, the parties would show this Court the following:

1. Plaintiff's application for fees and costs is currently due on December 1, 2008.

2. The parties have agreed to make a good faith effort to resolve this case and avoid an appeal and in furtherance of that purpose have agreed to a date certain for the principals and their attorneys to meet, either with or without a mediator, to explore settlement prospects.

3. This stipulation provides the parties an opportunity to explore settlement prospects before Defendant incurs the cost and inconvenience of posting a bond or other security and allows Plaintiff's attorney to spend the Thanksgiving weekend with his family, rather than working to finalize Plaintiff's fee application.

IT IS SO STIPULATED.

Dated: November 19, 2008            /s/ Lawrence K. King
                                    Attorney for Plaintiff
                                    SHARON PATERSON


Dated:  November 19, 2008           /s/ Matthew J. Ruggles
                                    MATTHEW J. RUGGLES
                                    ADRIANNE B. SAMMS
                                    BARBARA A. BLACKBURN
                                    LITTLER MENDELSON
                                    A Professional Corporation

                                    Attorneys for Defendant
                                    INTER-CON SECURITY SYSTEMS, INC.

2

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Having reviewed the parties' stipulation and finding good cause therefore, the Court hereby orders:

1. that the time within which Plaintiff may file her application for attorney's fees and costs shall be extended until December 15, 2008 and

2. the time for Defendant to post bond or other security as a condition of its appeal shall be extended for forty-five days from the date Defendant files its Notice of Appeal.

IT IS SO ORDERED.

DATED: November 21, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com